**IN THE UNITED STATES DISTRICT COURT**
**FOR THE WESTERN DISTRICT OF NORTH CAROLINA**
**ASHEVILLE DIVISION**
**CIVIL ACTION NO. 1:20-CV-00246-KDB-DCK**

| | |
|---|---|
| **SARAH KOONE,** | |
| **Plaintiff,** | |
| **v.** | **ORDER** |
| **ANDREW M. SAUL, Commissioner of Social Security,** | |
| **Defendant.** | |

   **THIS MATTER** is before the Court on Defendant's Consent Motion to Remand to Social Security Administration. (Doc. No. 7). Defendant, Andrew Saul, Commissioner of Social Security, has moved this Court, pursuant to sentence six of 42 U.S.C. § 405(g), to remand this case for further administrative proceedings. Plaintiff's attorney does not oppose the Defendant's Motion for Remand.

   Pursuant to the power of this Court to remand a case to the Commissioner of Social Security under sentence six of 42 U.S.C. § 405(g), this matter is hereby **REMANDED** for further proceedings under sentence six of 42 U.S.C § 405(g). *See Melkonyan v. Sullivan*, 501 U.S. 89 (1991).

   **SO ORDERED.**

Signed: November 16, 2020

Kenneth D. Bell
United States District Judge